**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GRUNT STYLE LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 1:18-CV-07695 |
| | ) |
| v. | ) Judge: Hon. LaShonda Hunt |
| | ) |
| TWD, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF MOTION**

To:    All Attorneys of Record

**PLEASE TAKE NOTICE** that on June 17 at 9:00am or as soon thereafter as Plaintiff may be heard, Plaintiff, Grunt Style will present at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, Courtroom 1425, **PLAINTIFF'S RENEWED OPPOSED MOTION TO HOLD TWD IN CONTEMPT AND COMPEL TWD'S COMPLIANCE WITH THE PERMANENT INJUNCTION**, copies of which are attached hereto and served upon you herewith.


Dated: June 12, 2026                              Respectfully submitted,


                                                 **PLAINTIFF GRUNT STYLE LLC**

                                        By: /s/ *Matthew De Preter*
                                             Matthew De Preter
                                             Sofia Quezada Hastings
                                             Aronberg Goldgehn Davis & Garmisa
                                             225 West Washington Street – Suite 2800
                                             Chicago, IL 60606
                                             P: 312-755-3153
                                             cdepreter@agdglaw.com
                                             shastings@agdglaw.com

                                             Kathleen Lyons
                                             Dennemeyer & Associates LLC
                                             230 W Monroe St., Ste. 2100
                                                 Chicago, IL  60606, United States

P: 312-978-1815
klyons@dennemeyer-law.com

*Attorneys for Grunt Style LLC*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 12, 2026 a true and correct copy of the foregoing was filed electronically with the Clerk of the Court through the Court's CM/ECF System, which will provide electronic notification of such filing to counsel of record.

/s/ Matthew De Preter
One of the Attorneys for Grunt Style LLC