## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Grunt Style LLC

Plaintiff,

v.

TWD, LLC

Defendant.

Case No.: 1:18–cv–07695

Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

     MINUTE entry before the Honorable LaShonda A. Hunt: The in–person hearing on Plaintiff's motion to compel compliance with permanent injunction [391] set for 6/17/26 at 9:00AM [392] is stricken and reset for telephonic hearing on 6/25/26 at 9:15AM. Attorneys/parties may appear by dialing: 1–650–479–3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Unless Plaintiff withdraws the motion before the hearing, counsel should be prepared to explain why it should not be denied as premature without prejudice to renewal after the appeal is completed and the mandate has issued. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.