**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GRUNT STYLE LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 1:18-CV-07695 |
| | ) |
| v. | ) Judge: Hon. LaShonda Hunt |
| | ) |
| TWD, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## REQUEST TO WITHDRAW MOTION

On June 12, 2026, Plaintiff filed a motion to compel compliance with this Court's permanent injunction after the Seventh Circuit affirmed this Court's judgment. Thereafter, this Court suggested withdrawing the motion without prejudice pending return of the mandate. Also, TWD filed a notice that it intends to seek rehearing. In view of the foregoing, Grunt Style respectfully requests withdraw of its motion (Dkt. 393) without prejudice to refiling it, if necessary, upon return of the mandate.

Dated: June 18, 2026                           Respectfully submitted,

                                               **PLAINTIFF GRUNT STYLE LLC**

                                               By: /s/ *Matthew De Preter*
                                                   Matthew De Preter
                                                   Sofia Quezada Hastings
                                                   Aronberg Goldgehn Davis & Garmisa
                                                   225 West Washington Street – Suite 2800
                                                   Chicago, IL 60606
                                                   P: 312-755-3153
                                                   cdepreter@agdglaw.com
                                                   shastings@agdglaw.com

Kathleen Lyons
Dennemeyer & Associates LLC
230 W Monroe St., Ste. 2100
    Chicago, IL  60606, United States
P: 312-978-1815
klyons@dennemeyer-law.com

*Attorneys for Grunt Style LLC*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 18, 2026 a true and correct copy of the foregoing was filed electronically with the Clerk of the Court through the Court's CM/ECF System, which will provide electronic notification of such filing to counsel of record.


/s/ Matthew De Preter
One of the Attorneys for Grunt Style LLC