## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Grunt Style LLC

                    Plaintiff,

v.                                            Case No.: 1:18–cv–07695
                                              Honorable LaShonda A. Hunt

TWD, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 22, 2026:

    MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's motion to withdraw [394] is granted. Plaintiff's motion to compel Defendant's compliance with the permanent injunction [391] is withdrawn without prejudice to renewal upon return of the mandate. The 6/25/26 hearing [393] is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.