# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 31, 2026

**Before**

KENNETH F. RIPPLE, *Circuit Judge*

JOHN Z. LEE, *Circuit Judge*

JOSHUA P. KOLAR, *Circuit Judge*

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

No. 25-1305

GRUNT STYLE LLC,
*Plaintiff-Appellee,*

*v.*

TWD, LLC,
*Defendant-Appellant.*

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.

No. 1:18-cv-07695

LaShonda A. Hunt,
*Judge.*

**O R D E R**

Defendant-appellant filed a petition for rehearing and for rehearing en banc on July 1, 2026. No judge in regular active service has requested a vote on the petition for rehearing en banc, and all members of the original panel have voted to deny panel rehearing. It is therefore ordered that the petition for rehearing and for rehearing en banc is DENIED.