# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

June 10, 2026

Before
KENNETH F. RIPPLE, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 25-1305 | GRUNT STYLE LLC,<br>Plaintiff - Appellee<br><br>v.<br><br>TWD, LLC,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-07695<br>Northern District of Illinois, Eastern Division<br>District Judge LaShonda A. Hunt | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment** (form ID: **132**)