**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GRUNT STYLE LLC, | ) | |
| Plaintiff, | ) | Civil Action No.: 1:18-CV-07695 |
| v. | ) | Judge: Hon. LaShonda Hunt |
| TWD, LLC, | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To: All Attorneys of Record

**PLEASE TAKE NOTICE** that on September 3 at 9:00am or as soon thereafter as Plaintiff may be heard, Plaintiff, Grunt Style will present at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, Courtroom 1425, **PLAINTIFF'S RENEWED OPPOSED MOTION TO HOLD TWD IN CONTEMPT AND COMPEL TWD'S COMPLIANCE WITH THE PERMANENT INJUNCTION**, copies of which are attached hereto and served upon you herewith.

Dated: August 31, 2026

Respectfully submitted,

**PLAINTIFF GRUNT STYLE LLC**

By: /s/ *Matthew De Preter*

Matthew De Preter
Sofia Quezada Hastings
Aronberg Goldgehn Davis & Garmisa
225 West Washington Street – Suite 2800
Chicago, IL 60606
P: 312-755-3153
cdepreter@agdglaw.com
shastings@agdglaw.com

Kathleen Lyons
Dennemeyer & Associates LLC
230 W Monroe St., Ste. 2100
Chicago, IL 60606, United States

P: 312-978-1815
klyons@dennemeyer-law.com

*Attorneys for Grunt Style LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 12, 2026 a true and correct copy of the foregoing was filed electronically with the Clerk of the Court through the Court's CM/ECF System, which will provide electronic notification of such filing to counsel of record.

/s/ Matthew De Preter
One of the Attorneys for Grunt Style LLC