# EXHIBIT A

ARONBERG GOLDGEHN

Aronberg Goldgehn Davis & Garmisa
225 W. Washington St. Suite 2800
Chicago, Illinois 60606
TEL: 312-755-9600
FAX: 312-828-9635
www.agdglaw.com

**M. "Chip" De Preter**
DIRECT: 312-755-3153
DIRECT FAX: 312-222-6364
cdepreter@agdglaw.com

August 26, 2026

Via email

Darren Quinn
12702 Via Cortina, Ste 105
Del Mar, CA 92014
dq@dqlaw.com

RE: Grunt Style v. TWD

Counsel,

As you know, the jury entered a verdict against TWD and in favor of Grunt Style on March 14, 2024, finding TWD liable for infringement of Grunt Style's trademarks and awarding Grunt Style $739,500. Dkt. 264. The Court further awarded Grunt Style prejudgment interest of $229,235.38 and post-judgment interest at a rate of $115.45 per day. Dkt. 380. It has been 895 days since the jury verdict was entered. At present, TWD owes Grunt Style $103,327.75 in post-judgment interest. The District Court further entered a permanent injunction against TWD. Dkt. 321. While certain provisions of the injunction were temporarily stayed pending appeal, Dkt. 352, the appeal is now concluded. The Seventh Circuit rejected all of TWD's arguments on appeal and affirmed the judgment and all relief entered by the District Court. Dkt. 399, 400. The Seventh Circuit further rejected TWD's request for rehearing. 398. On August 25, 2026 the Seventh Circuit issued the mandate returning jurisdiction to the District Court to oversee compliance with its judgment and orders.

Accordingly, we demand that TWD provide confirmation within 24 hours that it will comply with the Court's judgment and permanent injunction. Specifically, confirm that by close of business on Friday, August 28, 2026 TWD will complete the following actions:

1. Pay Grunt Style $1,072,294.03;

| Basis | Amount |
|---|---|
| Jury Award | $739,500.00 |
| prejudgment interest | $229,235.38 |
| post-judgment interest through 8/26/2026 | $103,327.75 |

| | |
|---|---|
| post-judgment interest 8/27/2026 | $115.45 |
| post-judgment interest 8/28/2026 | $115.45 |
| Total | $1,072,294.03 |

Payment shall be made using the enclosed wire instructions. The wire instructions may be confirmed by telephone by calling the offices of Aronberg Goldgehn Davis and Garmisa at 312-828-9600 between 9:00am and 5:00pm Monday through Friday and speaking with Susan Burdett or Dawn Cali.

2. File dismissal with prejudice of Opposition No. 91254347 with the TTAB;

3. Arrange the transfer of web domain www.thiswelldefend.com to Grunt Style.

4. Provide login credentials for TWD's Instagram handle www.instagram.com/thiswelldefend to enable Grunt Style to take over control of that handle.

5. Deliver to Grunt Style at 900 Broadway, San Antonio, Texas 78215 any inventory of TWD THIS WE'LL DEFNEND marked shirts, and any lithograph or manufacturing materials for making THIS WE'LL DEFEND products.

6. Deliver via email to cdepreter@agdglaw.com a signed, notarized copy of the enclosed assignment of Registration No. 4880766.

7. Deliver via email to cdepreter@agdglaw.com a signed, notarized copy of the enclosed assignment of the Settlement and Consent Agreement dated July 22, 2019, between TWD, LLC and Department of the Army.

Should TWD fail to comply with the forgoing, or provide a definitive timeline for its compliance, Grunt Style will renew its Motion to Compel compliance with the District Court.

Best Regards,

M. Chip De Preter

Encl.

**ASSIGNMENT OF SETTLEMENT AGREEMENT**

WHEREAS, TWD, LLC, a limited liability company organized and existing under and by virtue of the laws of California, and having a business address of 9434 DESCHUTES RD UNIT 204 PALO CEDRO, CA 96073 (hereinafter "Assignor") is the current owner of U.S. Trademark Registration No. 4880766 (hereinafter the "Trademark") and a Settlement and Consent Agreement dated July 22, 2019 between TWD, LLC and the Department of the Army (the “Settlement Agreement”) affecting the rights and obligations of the owner of the Trademark;

WHEREAS, Grunt Style, LLC, a limited liability company organized and existing under and by virtue of the laws of Delaware, having an office and place of business at 900 Broadway, San Antonio, Texas 78215, (hereinafter "Assignee"), desires to acquire all of Assignor’s right, title and interest, in and to the Trademark together with all the goodwill of the business symbolized thereby, and Assignor agrees to assign all such right, title and interest in and to the Trademarks together with all the goodwill of the business symbolized thereby to Assignee;

WHEREAS, the Settlement Agreement is binding and inures to the benefit of each party’s assigns.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Assignor does hereby assign to Assignee all rights, title, and interest in and to the Settlement Agreement.

*[signature to follow]*

Signed: ___________________________ NOTARTY

Print Name: Tim Bauer________________

Title: ______________________________
9434 DESCHUTES RD
UNIT 204
PALO CEDRO, CA 96073
Executed: ________________

**ASSIGNMENT OF TRADEMARK**

WHEREAS, TWD, LLC, a limited liability company organized and existing under and by virtue of the laws of California, and having a business address of 9434 DESCHUTES RD UNIT 204 PALO CEDRO, CA 96073 (hereinafter "Assignor") is the current owner of U.S. Trademark Registration No. 4880766 (hereinafter the "Trademark");

WHEREAS, Grunt Style, LLC, a limited liability company organized and existing under and by virtue of the laws of Delaware, having an office and place of business at 900 Broadway, San Antonio, Texas 78215, (hereinafter "Assignee"), desires to acquire all of Assignor's right, title and interest, in and to the Trademark together with all the goodwill of the business symbolized thereby, and Assignor agrees to assign all such right, title and interest in and to the Trademarks together with all the goodwill of the business symbolized thereby to Assignee;

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Assignor does hereby assign to Assignee all rights, title, and interest in and to the Trademark together with the goodwill of the business in connection with which the mark is used and which is symbolized by the Trademark.

Signed: ____________________________

NOTARTY

Print Name: Tim Bauer

Title: ______________________________
9434 DESCHUTES RD
UNIT 204
PALO CEDRO, CA 96073
Executed: _________________