**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| GRUNT STYLE LLC, an Illinois limited liability company,<br><br>Plaintiff (Counterclaim-Plaintiff prior to realignment),<br><br>v.<br><br>TWD, LLC, a California limited liability company,<br><br>Defendant (Counterclaim-Defendant prior to realignment).<br><br>and related claims of TWD, LLC transferred from the United States District Court, Southern District of California. | CASE NO. **1:18-cv-07695**<br><br>**UNOPPOSED MOTION OF TWD, LLC TO APPEAR REMOTELY REGARDING:**<br><br>**1. PRESENTMENT OF PLAINTIFF'S RENEWED OPPOSED MOTION TO HOLD TWD IN CONTEMPT AND COMPEL TWD'S COMPLIANCE WITH THE PERMANENT INJUNCTION [ECF 401]**<br><br>**2. PRESENTMENT OF DEFENDANT'S UNFILED OPPOSED MOTION TO STAY, CLARIFY, MODIFY OR TERMINATE PERMANENT INJUNCTION PROVISIONS**<br><br>**3. ANY FURTHER RELATED HEARINGS**<br><br>Judge: Hon. LaShonda A. Hunt<br><br>Courtroom: 1425 |

**NOW COMES** TWD, LLC ("TWD"), by and through its attorney, Darren J. Quinn, of the Law Offices of Darren J. Quinn, and in support of the UNOPPOSED MOTION OF TWD, LLC TO APPEAR REMOTELY REGARDING:

1. PRESENTMENT OF PLAINTIFF'S RENEWED OPPOSED MOTION TO HOLD TWD IN CONTEMPT AND COMPEL TWD'S COMPLIANCE WITH THE PERMANENT INJUNCTION [ECF 401]

2. PRESENTMENT OF DEFENDANT'S UNFILED OPPOSED MOTION TO STAY, CLARIFY, MODIFY OR TERMINATE PERMANENT INJUNCTION PROVISIONS

3. ANY FURTHER RELATED HEARINGS

("TWD Remote Appearance Motion"). Plaintiff Grunt Style does not oppose TWD's motion to appear remotely.

TWD files this motion for its lead counsel, Darren Quinn, to appear remotely in response to the court's Order [Dkt. 328] denying TWD's broader request to appear remotely for any hearing. The court's Order [Dkt. 328] states:

> MINUTE entry before the Honorable LaShonda A. Hunt: ***Defendant's motion to continue to appear remotely [326] is denied***. In accordance with Local Rule 5.3 and the Court's broad authority to manage its own courtroom and procedures, all motions before Judge Hunt must be noticed for in-person presentment. Any decision by a previously assigned judge to allow remote appearances is not binding on this Court. In addition, local counsel has appeared for Defendant [25]. ***Requests to appear remotely must be made through properly noticed motions on a hearing-by-hearing basis***.

(Emphasis added).

Plaintiff Grunt Style noticed a presentment hearing for **Thursday, September 3, 2026 at 9:00 a.m.** [ECF 401] in connection with Plaintiff's Renewed Opposed Motion to Hold TWD in Contempt and Compel TWD's Compliance with the Permanent Injunction [ECF 402] ("Contempt Motion"). Defendant objects that plaintiff's motion does not comply with the Judge

Hunt's Motion Practice procedures with respect to Meet and Confer and Certification.

Defendant TWD anticipates filing on **Tuesday, September 8, 2026** (Monday is a court holiday) TWD's Opposed Motion to Stay, Clarify, Modify or Terminate Permanent Injunction Provisions. On Wednesday, August 26, 2026, plaintiff Grunt Style declined to agree to TWD's request "that the district court' stay will remain in place until the conclusion of the U.S. Supreme Court's proceedings." On Thursday, August 27, 2026, defendant TWD requested clarification from plaintiff Grunt Style regarding Judgment vs. Permanent Injunction issues. On Monday, August 31, 2026, plaintiff Grunt Style responded by filing its Contempt Motion [ECF 401 and 402].

TWD requests that its lead attorney, Darren Quinn, appear remotely in connection with the presentment and any hearing regarding the Permanent Injunction. For meet and confer purposes, TWD sent counsel for Grunt Style, LLC a draft of its TWD Remote Appearance Motion papers on September 1, 2026 within hours of Grunt Style filing its Plaintiff's Renewed Opposed Motion to Hold TWD in Contempt and Compel TWD's Compliance with the Permanent Injunction, filed August 31, 2026 at about 10:44 PM CDT [ECF 401 and 402].

TWD's lead attorney, Darren Quinn, resides and works in the San Diego, California area. Based on Google Flights, there are ***no same day flights*** from San Diego to Chicago that would allow lead attorney Quinn to attend a 9:00 a.m. CDT presentment or hearing, so attorney Quinn would have to travel to Chicago the day before and stay overnight. Per Google Flights, the earliest non-stop flight leaves San Diego at 6:15 a.m. and arrives in Chicago at 12:50 p.m. CDT for a round trip cost of at least $405.




Assuming a 9:00 a.m. CDT presentment was concluded by 11:00 a.m., then attorney Quinn would need to wait several hours to fly back to San Diego at a round trip cost of about $405. Per Google Flights, attorney Quinn could catch a 2:18 p.m. flight on Alaska for $405.




Thus, lead attorney Quinn would need to make a total travel time commitment of two days, plus hotel cost, plus airline cost of to appear in-person for a presentment or hearing.

Lead attorney Quinn is much better suited than TWD's local counsel (Yanling Jiang) to address any questions the court may have concerning: (1) PLAINTIFF'S RENEWED OPPOSED MOTION TO HOLD TWD IN CONTEMPT AND COMPEL TWD'S COMPLIANCE WITH THE PERMANENT INJUNCTION [ECF 401]; (2) DEFENDANT'S UNFILED OPPOSED MOTION TO STAY, CLARIFY, MODIFY OR TERMINATE PERMANENT INJUNCTION PROVISIONS; and (3) any further related hearings.

Lead attorney Quinn was the sole attorney for TWD at trial and on the appeal to the Seventh Circuit. Lead attorney Quinn has had all communication with TWD regarding trial and post-trial matters. Lead attorney Quinn was the sole attorney on the appeal to the Seventh Circuit for this matter.

TWD filed this action in the Southern District of California, and the action was

transferred to this district over TWD's opposition.

DATED: September 1, 2026

Respectfully submitted by,

Law Offices of Darren J. Quinn

/s/ Darren J. Quinn

Darren J. Quinn (*pro hac vice*)
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Telephone: 858-509-9401
E-mail: dq@dqlaw.com

Yanling Jiang, J.D. (Bar No. 6309336)
JiangIP LLC
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60606
Telephone: 312-283-8091
E-mail: yanling@jiangip.com

*Attorneys for TWD, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **UNOPPOSED MOTION OF TWD, LLC TO APPEAR REMOTELY REGARDING:**

**1. PRESENTMENT OF PLAINTIFF'S RENEWED OPPOSED MOTION TO HOLD TWD IN CONTEMPT AND COMPEL TWD'S COMPLIANCE WITH THE PERMANENT INJUNCTION [ECF 401];**

**2. PRESENTMENT OF DEFENDANT'S UNFILED OPPOSED MOTION TO STAY, CLARIFY, MODIFY OR TERMINATE PERMANENT INJUNCTION PROVISIONS ;**

**3. ANY FURTHER RELATED HEARINGS**

with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Darren J. Quinn