**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| GRUNT STYLE LLC, an Illinois limited liability company,<br><br>Plaintiff (Counterclaim-Plaintiff prior to realignment),<br><br>v.<br><br>TWD, LLC, a California limited liability company,<br><br>Defendant (Counterclaim-Defendant prior to realignment).<br><br>and related claims of TWD, LLC transferred from the United States District Court, Southern District of California. | CASE NO. **1:18-cv-07695**<br><br>**ORDER GRANTING UNOPPOSED MOTION OF TWD, LLC TO APPEAR REMOTELY**<br><br>Judge: Hon. LaShonda A. Hunt<br><br>Courtroom: 1425 |

The Court has considered the UNOPPOSED MOTION OF TWD, LLC TO APPEAR REMOTELY REGARDING:

1. PRESENTMENT OF PLAINTIFF'S RENEWED OPPOSED MOTION TO HOLD TWD IN CONTEMPT AND COMPEL TWD'S COMPLIANCE WITH THE PERMANENT INJUNCTION [ECF 401];

2. PRESENTMENT OF DEFENDANT'S UNFILED OPPOSED MOTION TO STAY, CLARIFY, MODIFY OR TERMINATE PERMANENT INJUNCTION PROVISIONS;

3. ANY FURTHER RELATED HEARINGS

[Dkt. 403].

FOR GOOD CAUSE APPEARING, lead attorney Darren J. Quinn (counsel for TWD, LLC) may appear remotely either via telephone or video conference for the presentment and any hearing regarding the Permanent Injunction, including:

1. **Presentment** of Plaintiff's Renewed Opposed Motion To Hold TWD Contempt And Compel TWD's Compliance With The Permanent Injunction [Ecf 401];

2. **Presentment** of Defendant's Unfiled Opposed Motion To Stay, Clarify, Modify Or Terminate Permanent Injunction Provisions;

3. Any further related hearings.

The Court Clerk shall contact attorney Quinn via email at dq@dqlaw.com with instructions on how to appear remotely.

IT IS SO ORDERED.

DATED: September __, 2026 ________________________________

Hon. LaShonda A. Hunt

United States District Court Judge