**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Grunt Style LLC

Plaintiff,

v.

TWD, LLC

Defendant.

Case No.: 1:18−cv−07695
Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 2, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's renewed motion to hold Defendant in contempt and compel Defendant's compliance with the permanent injunction [402] is taken under advisement, the presentment hearing set for 9/3/26 [401] is stricken, and Defendant TWD's motion to appear remotely [403] is terminated as moot. In light of Defendant's opposition to Plaintiff's motion for contempt/to compel and stated intent to file an opposed motion to stay, clarify, modify, or terminate permanent injunction provisions, the Court enters the following combined briefing schedule: Defendant's combined response to Plaintiff's motion for contempt/to compel and motion to stay, etc. is due by 9/8/26; Plaintiff's combined reply in support of its motion for contempt/to compel and response to Defendant's motion to stay, etc. is due by 9/22/26; and Defendant's reply in support of its motion to stay, etc. is due by 9/29/26. Each combined brief shall not exceed 15 pages. By 9/30/26, the parties must meet and confer and send a joint email to the Courtroom Deputy proposing at least three agreed dates and times in October for an in person hearing on the motions. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.