**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GRUNT STYLE, LLC,<br><br>Plaintiff,<br>v.<br><br>TWD, LLC,<br><br>Defendant. | Case No. 18-cv-07695<br><br>Hon. LaShonda Hunt |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

NOW COMES, attorney, Sofia Quezada Hastings, requesting this Court's permission for leave to withdraw her appearance on behalf of Plaintiff Grunt Style, LLC in the above-captioned action. In support therefore, she states as follows:

1. Plaintiff has been and continues to be represented in this matter by its lead counsel, Matthew De Preter.

2. I am no longer employed by Aronberg Goldgehn Davis & Garmisa and have no further involvement in this matter.

WHEREFORE, the undersigned respectfully requests that this Court grant her leave to withdraw her appearance on behalf of Plaintiff Grunt Style, LLC.

Dated: September 2, 2026

Respectfully Submitted,

/s/ *Sofia Quezada Hastings*

Sofia Quezada Hastings
PIERSON FERDINAND LLP
111 W. Jackson, Suite 1700
Chicago, IL 60604
630-735-1967
sofia.hastings@pierferd.com