Gmail

Darren Quinn <dq@dqlaw.com>

# Re: Grunt Style v. TWD

1 message

**Darren Quinn** <dq@dqlaw.com> Thu, Aug 27, 2026 at 2:05 PM
Reply-To: dq@dqlaw.com
To: "M. Chip De Preter" <cdepreter@agdglaw.com>

Chip:

I disagree with your email reply that "There is nothing to clarify."

A Judgment is different than a Permanent Injunction.

Please confirm that GS currently contends that TWD will be in contempt of Permanent Injunction [EC 321] if TWD does not:

1. Pay Grunt Style $1,072,294.03;

2. File dismissal with prejudice of Opposition No. 91254347 with the TTAB;

3. Arrange the transfer of web domain www.thiswelldefend.com to Grunt Style.
4. Provide login credentials for TWD’s Instagram handle www.instagram.com/thiswelldefend to enable Grunt Style to take over control of that handle.
5. Deliver to Grunt Style at 900 Broadway, San Antonio, Texas 78215 any inventory of TWD THIS WE’LL DEFNEND marked shirts, and any lithograph or manufacturing materials for making THIS WE’LL DEFEND products.
6. Deliver via email to cdepreter@agdglaw.com a signed, notarized copy of the enclosed assignment of Registration No. 4880766.
7. Deliver via email to cdepreter@agdglaw.com a signed, notarized copy of the enclosed assignment of the Settlement and Consent Agreement dated July 22, 2019, between TWD, LLC and Department of the Army.

It currently appears that GS contends that TWD s violating the Permanent Injunction in ways in addition to GS's prior and withdrawn MOTION TO HOLD TWD IN CONTEMPT AND COMPEL TWD’S COMPLIANCE WITH THE PERMANENT INJUNCTION [ECF 391].

Best regards.

Darren Quinn

On Thu, Aug 27, 2026 at 1:51 PM M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

> There is nothing to clarify. TWD must comply with the injunction and judgment as set forth in my prior letter. Should it fail to do so, we will seek the assistance of the Court.
>
> **M. "Chip" De Preter**
> cdepreter@agdglaw.com
> ARONBERG GOLDGEHN
> Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
> Phone: (312) 755-3153 / Fax: (312) 828-9635 / www.agdglaw.com

**MY BIO** **MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

CRAIN'S 2025 best places to work in Chicago

Mansfield Rule Certified 2024–2025

---

**From:** Darren Quinn <dq@dqlaw.com>
**Sent:** Thursday, August 27, 2026 1:53 PM
**To:** M. "Chip" De Preter <cdepreter@agdglaw.com>
**Subject:** Re: Grunt Style v. TWD

Chip:

Thank you for clarifying that GS does not agree to a stay pending U.S. Supreme Court proceedings.

I need clarification on your statement in your 8/26/2026 email: "***Should TWD fail to comply with the forgoing***, or provide a definitive timeline for its compliance, ***Grunt Style will renew its Motion to Compel compliance with the District Court***." (emphasis added).

Your wording "renew its Motion to Compel compliance" presumably refers to renewing its GS's withdrawn PLAINTIFF'S RENEWED OPPOSED MOTION TO HOLD TWD IN CONTEMPT AND COMPEL TWD'S COMPLIANCE WITH THE PERMANENT INJUNCTION [ECF 391].

Please confirm that GS currently contends that TWD will be in contempt of Permanent Injunction [EC 321] if TWD does not:

1. Pay Grunt Style $1,072,294.03;
2. File dismissal with prejudice of Opposition No. 91254347 with the TTAB;
3. Arrange the transfer of web domain www.thiswelldefend.com to Grunt Style.
4. Provide login credentials for TWD's Instagram handle www.instagram.com/thiswelldefend to enable Grunt Style to take over control of that handle.
5. Deliver to Grunt Style at 900 Broadway, San Antonio, Texas 78215 any inventory of TWD THIS WE'LL DEFNEND marked shirts, and any lithograph or manufacturing materials for making THIS WE'LL DEFEND products.
6. Deliver via email to cdepreter@agdglaw.com a signed, notarized copy of the enclosed assignment of Registration No. 4880766.
7. Deliver via email to cdepreter@agdglaw.com a signed, notarized copy of the enclosed assignment of the Settlement and Consent Agreement dated July 22, 2019, between TWD, LLC and Department of the Army.

Best regards.

Darren Quinn

On Wed, Aug 26, 2026 at 1:00 PM M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

Grunt style does not agree.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**M. "Chip" De Preter**

cdepreter@agdglaw.com

ARONBERG GOLDGEHN

Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606

Phone: (312) 755-3153 / Fax: (312) 828-9635 / www.agdglaw.com

**MY BIO** **MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

CRAIN'S 2025 best places to work in Chicago

Mansfield Rule Certified 2024–2025

---

**From:** Darren Quinn <dq@dqlaw.com>
**Sent:** Wednesday, 26 August 2026 13:34:29
**To:** M. "Chip" De Preter <cdepreter@agdglaw.com>
**Subject:** Re: Grunt Style v. TWD

Chip:

This is my *preliminary response* to your email to alert you that TWD has a written agreement with Jenner & Block LLP with respect to TWD filing a petition for a writ of certiorari to the United States by the Thursday, October 29, 2026 deadline (7/31/2026 + 90 days).

Counsel at Jenner & Block who will work on the petition for a writ of certiorari include Adam Unikowsky (who has argued multiple times before the U.S. Supreme Court and was a law clerk to Hon. Antonin Scalia, US Supreme Court) and Andrianna D. Kastanek (who was a law clerk to Hon. Anthony M. Kennedy, US Supreme Court).

The district court issued a stay of certain injunction provisions. [ECF 352 (DOCKET ENTRY ORDER: "For the reasons stated on the record, Defendant's motion regarding permanent injunction [335] is granted as to a stay of Paragraphs 3(e), 4, and 5 of the Order

of Permanent Injunction entered 1/28/25 [321] . . .")].

I request that you confirm that the district court's stay will remain in place until the conclusion of the U.S. Supreme Court's proceedings.

I intend to provide a *further response* to your email on or before this Friday, August 21, 2026. TWD reserves the right to file a motion for clarification, modification and/or stay of the permanent injunction.

Best regards.

Darren Quinn

C: 619-992-9401

---

Virus-free.www.avast.com

On Wed, Aug 26, 2026 at 6:28 AM M. "Chip" De Preter <cdepreter@agdglaw.com> wrote:

> Counsel,
>
> As you know, the jury entered a verdict against TWD and in favor of Grunt Style on March 14, 2024, finding TWD liable for infringement of Grunt Style's trademarks and awarding Grunt Style $739,500. Dkt. 264. The Court further awarded Grunt Style prejudgment interest of $229,235.38 and post-judgment interest at a rate of $115.45 per day. Dkt. 380. It has been 895 days since the jury verdict was entered. At present, TWD owes Grunt Style $103,327.75 in post-judgment interest. The District Court further entered a permanent injunction against TWD. Dkt. 321. While certain provisions of the injunction were temporarily stayed pending appeal, Dkt. 352, the appeal is now concluded. The Seventh Circuit rejected all of TWD's arguments on appeal and affirmed the judgment and all relief entered by the District Court. Dkt. 399, 400. The Seventh Circuit further rejected TWD's

request for rehearing. 398. On August 25, 2026 the Seventh Circuit issued the mandate returning jurisdiction to the District Court to oversee compliance with its judgment and orders.

Accordingly, we demand that TWD provide confirmation within 24 hours that it will comply with the Court's judgment and permanent injunction. Specifically, confirm that by close of business on Friday, August 28, 2026 TWD will complete the following actions:

1. Pay Grunt Style $1,072,294.03;

| Basis | Amount |
|---|---|
| Jury Award | $739,500.00 |
| prejudgment interest | $229,235.38 |
| post-judgment interest through 8/26/2026 | $103,327.75 |
| post-judgment interest 8/27/2026 | $115.45 |
| post-judgment interest 8/28/2026 | $115.45 |
| Total | $1,072,294.03 |

Payment shall be made using the enclosed wire instructions. The wire instructions may be confirmed by telephone by calling the offices of Aronberg Goldgehn Davis and Garmisa at 312-828-9600 between 9:00am and 5:00pm Monday through Friday and speaking with Susan Burdett or Dawn Cali.

2. File dismissal with prejudice of Opposition No. 91254347 with the TTAB;
3. Arrange the transfer of web domain www.thiswelldefend.com to Grunt Style.
4. Provide login credentials for TWD's Instagram handle www.instagram.com/thiswelldefend to enable Grunt Style to take over control of that handle.
5. Deliver to Grunt Style at 900 Broadway, San Antonio, Texas 78215 any inventory of TWD THIS WE'LL DEFNEND marked shirts, and any lithograph or manufacturing materials for making THIS WE'LL DEFEND products.
6. Deliver via email to cdepreter@agdglaw.com a signed, notarized copy of the enclosed assignment of Registration No. 4880766.
7. Deliver via email to cdepreter@agdglaw.com a signed, notarized copy of the enclosed assignment of the Settlement and Consent Agreement dated July 22, 2019, between TWD, LLC and Department of the Army.

Should TWD fail to comply with the forgoing, or provide a definitive timeline for its compliance, Grunt Style will renew its Motion to Compel compliance with the District Court.

**M. "Chip" De Preter**

cdepreter@agdglaw.com

AG ARONBERG GOLDGEHN

Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606

Phone: (312) 755-3153 / Fax: (312) 828-9635 / www.agdglaw.com

**MY BIO** **MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

CRAIN'S 2025 best places to work in Chicago

Mansfield Rule Certified 2024–2025