# EXHIBIT B

PageVault

| | |
|---|---|
| Document title: | New Illinois law expands protections for reporters from lawsuits - Chicago Sun-Times |
| Capture URL: | https://chicago.suntimes.com/politics/2025/08/22/slapp-lawsuits-protection-reporters-pritzker-news-medi |
| Page loaded at (UTC): | Thu, 17 Sep 2026 19:59:02 GMT |
| Capture timestamp (UTC): | Thu, 17 Sep 2026 19:59:05 GMT |
| Capture tool: | 11.4.7 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.4.7 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.1) |
| PDF length: | 6 |
| Capture ID: | pnzPQaGuZFhWGXsy55ZSQp |
| Display Name: | cdepreter |

Chicago Public Media | CHICAGO SUN-TIMES WBEZCHICAGO Vocalo chicago.com

Thousands have stepped up to support local journalism. Join them today.



POLITICS POLITICS THE WATCHDOGS

# New Illinois law expands protections for reporters from lawsuits

Gov. JB Pritzker signed anti-SLAPP legislation that now explicitly shields journalists from suits intended to stifle public participation.

By Mitchell Armentrout | Aug 22, 2025, 8:19pm UTC



An expanded state law now clarifies "that press opining, reporting, or investigating matters of public concern is participating and communicating with the government" and should be shielded from strategic lawsuits against public participation. | Mitchell Armentrout / Sun-Times

**The Sun-Times is a nonprofit newsroom.**
We rely on our readers to fund our work. This keeps us accountable to you, not hedge funds or politicians.
DONATE

SHARE COPY LINK

LATEST STORIES

Previewing Week 5's top high school football games

Should Chicago close more schools? Candidates for school board president diverge on key issue

West Suburban, Weiss to be sold to Insight Health Systems

Bears report: T Darnell Wright returns to practice

ESPN's Dan Orlovsky doesn't hate Bears — his film-study notes prove it



SHARE COPY LINK

News outlets and journalists are now explicitly protected under a new state law intended to snuff out lawsuits filed to discourage people from participating in government.

Gov. JB Pritzker signed a bill into law this week expanding protections under the Citizen Participation Act, legislation prompted by a former state official's suit against the Chicago Sun-Times that put the definition of "strategic lawsuits against public participation," or SLAPPs, before the Illinois Supreme Court.

The state's anti-SLAPP law was written to empower courts to swiftly throw out any meritless, retaliatory suit that "chills and diminishes citizen participation in government" with the threat of expensive litigation.

But it didn't "encompass all media reports on matters of public concern," as Justice David Overstreet noted in the state high court's decision last fall allowing the defamation lawsuit of former Illinois Property Tax Appeal Board Executive Director Mauro Glorioso against the Sun-Times to proceed.

The expanded law now clarifies "that press opining, reporting, or investigating matters of public concern is participating and communicating with the government" and should be shielded from the strategic lawsuits.

Pritzker framed the legislation as a response to lawsuits President Donald Trump has filed against media companies.

"As Trump and his friends continue their frivolous and targeted attacks on members of the free press, we are working to protect and empower Illinois journalists as they keep the general public informed," the governor said in a written statement.

Sponsoring state Sen. Steve Stadelman, D-Rockford, said the bolstered law "ensures the media can do their job freely, without fear of legal harassment or intimidation."

Damon Dunn, a lawyer representing the newspaper in the Glorioso case, said, "It is gratifying how promptly this happened after the Sun-Times was willing to take this key question to the Supreme Court."

The state Supreme Court didn't rule on Glorioso's defamation claim against the Sun-Times, only narrowly saying no to the newspaper's argument to dismiss the suit as a SLAPP. The case remains pending in Cook County circuit court and could go to trial next year.

The Sun-Times has stood behind the accuracy of reporter Tim Novak's story, published in February 2020, which reported that an anonymous complaint had prompted investigations by the state's executive inspector general's office and Democratic Gov. JB Pritzker's office into whether Glorioso, a Republican attorney, had pressured staff members to give Trump a $1 million property tax refund on Trump International Hotel & Tower.




During the inspector general's investigation, Pritzker removed Glorioso from his position in October 2020, citing concerns over a backlog of cases.

Glorioso then sued Novak and the Sun-Times in January 2021 for allegedly misrepresenting the nature of the complaint about how the Trump case was handled.

The executive inspector general's office later deemed "unfounded" the anonymous

Glorioso then sued Novak and the Sun-Times in January 2021 for allegedly misrepresenting the nature of the complaint about how the Trump case was handled.

The executive inspector general's office later deemed "unfounded" the anonymous complaint against Glorioso — but the watchdog agency ruled in September 2021 that Glorioso violated state law and policy by deleting files and emails related to Trump's tax appeal.

SHARE COPY LINK



**Mitchell Armentrout**
Chicago Sun-Times • Reporter/assistant editor

Bears punter Tory Taylor on kicking in windy Soldier Field. Read More




**NEXT UP IN POLITICS**

Parking meter compromise is a better deal for Chicago taxpayers, top mayoral aide says

Rate Field owners say 'main priority' is keeping White Sox from moving, as Bridgeport residents air concerns

Illinois residents who are terminally ill can now end their lives. Here's how it works.

Alsip Mayor John Ryan helped establish term limits in his town. Now that they affect him, will they be eased?

A law requires Illinois schools to teach Asian American history. Is it happening?

Mayor Johnson wins first round in fight over protections for tenants

## SPONSORED CONTENT

Powered by REVCONTENT

HEAR.COM
**Hidden AI Inside This Hearing Aid Makes Voices Crystal Clear**

PETS DAILY HEALTH
**You'll Never Guess What Melts Tartar From Your Dog's Teeth (Not a Toothbrush!)**

LIFEHACKS INSIDER
**Put a Toilet Paper Roll Under The Toilet**

RIBILI
**Bring Nature to Your Doorstep With a**

CHICAGO SUN-TIMES

Log In

Donate




LIFEHACKS INSIDER

Put a Toilet Paper Roll Under The Toilet Seat at Night if Alone (Here's Why)



RIBILI

Bring Nature to Your Doorstep With a Hummingbird House

RIBILI

Create a Magical Garden With Solar-Powered Dragon Light

FANYLI

Spooky Rug: Halloween Game Changer


THE LATEST

CITY HALL

**Parking meter compromise is a better deal for Chicago taxpayers, top mayoral aide says**

Still, senior mayoral adviser Jason Lee stopped short of urging the City Council to approve the $2.53 billion bid by a New York investment firm Stonepeak Partners to acquire Chicago's metered parking system for the 57 years that remain on the widely despised 2008 deal.

27m ago • By **Fran Spielman** • 4m read



COLUMNISTS

**Trump is on the wrong side of AI issue**

The advent of giant data centers, along with new fears about artificial intelligence and the companies overseeing the technology, present a minefield for politicians and party leaders, and they are scrambling to adapt.

56m ago • By **S. E. Cupp** • 3m read



SKY

**Sky's star-in-the-making Sydney Taylor sees a long-term future in Chicago**

After a breakout season, Taylor will become a reserved free agent and is in line for a much bigger payday. Contract length is the question, and she wants to remain with the Sky for years to come.

1h ago • By **Alissa Hirsh** • 3m read



COLLEGE SPORTS

**Northwestern football coach David Braun gets contract extension through 2031 season**

Braun is in his fourth season at Northwestern and carries a 20-19 record into Saturday's game with Colorado. Northwestern went 7-6 and beat Central Michigan in the GameAbove Sports Bowl last season.

1h ago • By **AP** • 2m read



CRIME

**Customs officer guilty of using gun, badge to sexually assault women in Chicago suburbs**

The verdict came on the second day of deliberations in the trial of U.S. Customs and Border Protection Officer Luis Uribe. It began Sept. 8, and jurors





COLUMNISTS

## Trump is on the wrong side of AI issue

The advent of giant data centers, along with new fears about artificial intelligence and the companies overseeing the technology, present a minefield for politicians and party leaders, and they are scrambling to adapt.

56m ago • By **S. E. Cupp** • 3m read



SKY

## Sky's star-in-the-making Sydney Taylor sees a long-term future in Chicago

After a breakout season, Taylor will become a reserved free agent and is in line for a much bigger payday. Contract length is the question, and she wants to remain with the Sky for years to come.

1h ago • By **Alissa Hirsh** • 3m read



COLLEGE SPORTS

## Northwestern football coach David Braun gets contract extension through 2031 season

Braun is in his fourth season at Northwestern and carries a 20-19 record into Saturday's game with Colorado. Northwestern went 7-6 and beat Central Michigan in the GameAbove Sports Bowl last season.

1h ago • By **AP** • 2m read



CRIME

## Customs officer guilty of using gun, badge to sexually assault women in Chicago suburbs

The verdict came on the second day of deliberations in the trial of U.S. Customs and Border Protection Officer Luis Uribe. It began Sept. 8, and jurors heard detailed accounts from his accusers.

1h ago • By **Jon Seidel** • 3m read



**You Make The News**

The Chicago Sun-Times is free to all, thanks to readers like you.

Donate today to help us keep you informed and hold power accountable across our city and region.

Bears punter Tory Taylor on kicking in wind Read More



ChicagoPublicMedia © 2026 Chicago Sun-Times Media, Inc.