**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Grunt Style LLC
Plaintiff,
v.
TWD, LLC
Defendant.

Case No.: 1:18−cv−07695
Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 7, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of the parties' joint email, Plaintiff's renewed motion to hold Defendant in contempt and compel Defendant's compliance with the permanent injunction [402] and Defendant TWD's motion to modify, terminate, or stay certain provisions of permanent injunction [407] are set for hearing on 10/22/26 at 2:30PM in Courtroom 1425. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.