**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Grunt Style LLC

Plaintiff,

v.

Case No.: 1:18−cv−07695
Honorable LaShonda A. Hunt

TWD, LLC

Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Young B. Kim for the purpose of holding proceedings related to: discovery supervision, including the authority to set, adjust, and extend all deadlines, and to conduct a settlement conference, if requested by the parties. (gel,) Mailed notice.

Dated: October 7, 2026

/s/ LaShonda A. Hunt

United States District Judge