**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Grunt Style LLC
Plaintiff,
v.
TWD, LLC
Defendant.

Case No.: 1:18−cv−07695
Honorable LaShonda A. Hunt

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 21, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Based on a preliminary review of the parties' submissions, the Court indicates its inclination to grant Plaintiff's renewed motion to hold Defendant in contempt and compel Defendant's compliance with the permanent injunction [402] and deny Defendant TWD's motion to modify, terminate, or stay certain provisions of permanent injunction [407] for the reasons stated in Plaintiff's briefs, subject to a few clarifying questions. Therefore, the Court finds that an in−person hearing is unnecessary. **Accordingly, the motion hearing previously set for 10/22/26 at 2:30PM in Courtroom 1425 [411] is converted from in−person to telephonic and reset for 10:00AM.** The Court also anticipates resolving Plaintiff's bill of costs [387] and addressing any other pertinent remaining issues. Attorneys/parties may appear by dialing: 1−650−479−3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.