**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Grunt Style LLC

Plaintiff,

v.

Case No.: 1:18−cv−07695
Honorable LaShonda A. Hunt

TWD, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 22, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. For the reasons stated on the record and in Plaintiff's briefs, the Court rules as follows: (1) Plaintiff's motion [402] is granted in part as to compelling Defendant's compliance with the permanent injunction, denied in part without prejudice as to holding Defendant in contempt, and denied as to the fee request; and (2) Defendant's motion to modify, terminate or stay certain provisions of permanent injunction [407] is denied. As discussed, Defendant's affidavit of compliance with the permanent injunction is due by 10/29/26. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.