**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Grunt Style LLC
Plaintiff,
v.
TWD, LLC
Defendant.

Case No.: 1:18−cv−07695
Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 22, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: For the reasons stated on the record and in the accompanying Order, Plaintiff's bill of costs [387] is granted in part as to witness attendance fees and denied in all other respects. The Clerk is directed to tax costs in favor of Plaintiff and against Defendant in the amount of $160.00. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.