# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF DOCKETING - Short Form**

October 26, 2026

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 26-3201<br><br>Caption:<br>GRUNT STYLE LLC, an Illinois limited liability company,<br>Plaintiff - Appellee<br><br>v.<br><br>TWD, LLC, a California limited liability company,<br>Defendant - Appellant |
| District Court No: 1:18-cv-07695<br>Clerk/Agency Rep Thomas G. Bruton<br>District Judge LaShonda A. Hunt<br><br>Date NOA filed in District Court: 10/23/2026 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)