# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 28, 2026

*Before*

KENNETH F. RIPPLE, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 26-3201 | GRUNT STYLE LLC, an Illinois limited liability company,<br>Plaintiff - Appellee<br><br>v.<br><br>TWD, LLC, a California limited liability company,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:18-cv-07695<br>Northern District of Illinois, Eastern Division<br>District Judge LaShonda A. Hunt |

Upon consideration of the **EMERGENCY MOTION TO STAY CERTAIN PERMANENT INJUNCTION PROVISIONS**, filed on October 27, 2026, by counsel for the appellant,

**IT IS ORDERED** that the motion for a stay pending appeal is **DENIED**.