*Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov*

| | |
|---|---|
| ESTTA Tracking number: | **ESTTA1603682** |
| Filing date: | **10/29/2026** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91254347 |
| Party | Plaintiff<br>TWD LLC |
| Correspondence address | DARREN QUINN<br>LAW OFFICES OF DARREN J QUINN<br>12702 VIA CORTINA SUITE 105<br>DEL MAR, CA 92014<br>UNITED STATES<br>Primary email: dq@dqlaw.com<br>Secondary email(s): staff@dqlaw.com<br>858-509-9401 |
| Submission | Settlement/Termination<br>Withdrawal of Opposition |
| Filer's name | Darren J. Quinn |
| Filer's email | dq@dqlaw.com |
| Signature | /Darren J. Quinn/ |
| Date | 10/29/2026 |
| Attachments | TWD Dismiss GS Proceeding.final.pdf(66168 bytes )<br>Ex A - ECF 321 - Permanent Injunction.pdf(444983 bytes )<br>Ex B - ECF 414 - Minute Order.pdf(251526 bytes )<br>Ex. C - Dkt 4 - Order denying stay.pdf(234625 bytes ) |

**EXHIBIT 1**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**TRADEMARK TRIAL AND APPEAL BOARD**

| | |
|---|---|
| TWD, LLC, a California limited liability company,<br>Opposer,<br>v.<br>GRUNT STYLE LLC, an Delaware limited liability company,<br>Applicant. | Opposition No. 91254347<br>Application Serial No.: 85926093<br>Mark: GRUNT STYLE<br>Published for Opposition: October 29, 2019<br>**OPPOSER TWD LLC'S REQUEST TO DISMISS PROCEEDING WITH PREJUDICE** |

**EXHIBIT 1**

Whereas, the district court issued an Order of Permanent Injunction, filed January 28, 2025 attached as **Exhibit A** ("Permanent Injunction").

Whereas Grunt Style LLC filed a motion with the district court to compel compliance by TWD, LLC of the Permanent Injunction. Grunt Style LLC's reply brief requested, in part, that the district court "should order TWD to undertake the following actions within 24 hours: . . . 1. File dismissal with prejudice of Opposition No. 91254347 with the TTAB."

Whereas, the district court held a telephonic hearing on October 22, 2026 where the district court ruled: "the TTAB opposition needs to be dismissed with prejudice" [Transcript, at 9:17-18] and issued a Minute Order attached as **Exhibit B** that states, in part: "Plaintiff's motion [402] is granted in part as to compelling Defendant's compliance with the permanent injunction," denying TWD LLC's motion to a "stay certain provisions" pending appeal, and ordering TWD LLC to comply with the Permanent Injunction by October 29, 2026.

Whereas, on October 23, 2026, TWD, LLC filed a Notice of Appeal of the district court's Minute Order [Ex. B] and later filed an emergency motion with the Seventh Circuit Court of Appeal for a stay pending appeal of, *inter alia*, TWD, LLC's dismissal of Opposition No. 91254347, but the Seventh Circuit issued an order attached as **Exhibit C** that states: "IT IS ORDERED that the motion for a stay pending appeal is DENIED."

Whereas, TWD, LLC continues to reserve all rights in connection with its pending appeal to the Seventh Circuit.

In compliance with the district court's ruling, TWD, LLC has filed this request for dismissal with prejudice of Opposition No. 91254347.

\\

\\



**EXHIBIT 1**

Dated: October 29, 2026

Respectfully submitted by:

LAW OFFICES OF DARREN J. QUINN
DARREN J. QUINN

s/s Darren J. Quinn
Darren J. Quinn

12702 Via Cortina, Suite 105
Del Mar, California 92014
Tel: 858-509-9401

*Attorneys for Opposer TWD, LLC.*



**EXHIBIT 1**

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 12702 Via Cortina, Suite 105, Del Mar, CA 92014.

I hereby certify that a true and complete copy of the foregoing:

– **OPPOSER TWD LLC'S REQUEST TO DISMISS PROCEEDING WITH PREJUDICE**

has been served on the opposing counsel below by forwarding said copy **VIA EMAIL** to:

Matthew De Preter
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St., Suite 2800
Chicago, IL 60611
**cdepreter@agdglaw.com**

I certify under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Dated: October 29, 2026 at Del Mar, California.

s/s Darren J. Quinn
Darren J. Quinn



EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GRUNT STYLE LLC,<br><br>Plaintiff,<br><br>v.<br><br>TWD, LLC,<br><br>Defendant. | Case No. 18 C 7695<br><br>Hon. LaShonda A. Hunt |

**ORDER OF PERMANENT INJUNCTION**

Plaintiff Grunt Style LLC ("Plaintiff" or "Grunt Style") has filed a motion for entry of a permanent injunction against Defendant TWD, LLC ("Defendant" or "TWD") pursuant to the Lanham Act, 15 U.S.C. § 1116(a), the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/3, and California Unfair Competition Law, Business and Professions Code, Cal. Bus. & Prof. Code § 17200, et seq.. The Court having considered the motion and the accompanying record, grants Plaintiff's motion as follows for the reasons stated in the Order:

IT IS ORDERED:

1. This Injunction applies to Defendant, its officers, agents, servants, employees, and all persons or entities acting on the behalf or in active concert or participation with Defendant (the "Enjoined Parties").
2. This Injunction concerns the THIS WE'LL DEFEND mark owned by Plaintiff.
3. The Enjoined Parties are permanently enjoined and restrained from:
   a. directly or indirectly infringing the THIS WE'LL DEFEND mark;
   b. using in any manner the THIS WE'LL DEFEND mark, or any colorable imitation or confusingly similar version of the THIS WE'LL DEFEND mark, exclusively, or as a portion of any trade name, trademark, service mark, or domain name;

**EXHIBIT A** **EXHIBIT 1**

c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Grunt Style, nor authorized by Grunt Style to be sold or offered for sale, and which bear the THIS WE'LL DEFEND mark, or any reproductions or colorable imitations thereof;

d. registering or attempting to register the THIS WE'LL DEFEND mark;

e. filing extensions of time to oppose or opposing any applications for marks filed by Grunt Style in the United States Patent and Trademark Office that are not lawfully used by Defendant, including any future application by grunt style for THIS WE'LL DEFEND;

f. enabling, facilitating, permitting, encouraging, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to above in paragraphs (a)–(f).

4. Defendant shall dismiss with prejudice Opposition No. 9124347, pending before the Trademark Trial and Appeal Board.

5. Defendant shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendant in connection with any online or brick and mortar retail store, and/or sale of infringing goods using the THIS WE'LL DEFEND mark.

6. No later than thirty (30) days from entry of this Order, Defendant shall surrender and deliver to Plaintiff at 900 Broadway, San Antonio, TX 78215, all labels, signs, stationery, business cards, packages, receptacles, advertising, promotional materials and the like for destruction

that are in the possession, custody, or control of Defendants that use any of the THIS WE'LL DEFEND mark.

7. Pursuant to 15 U.S.C. § 1116(a), within thirty (30) days of the entry of this Order, Defendant on behalf of all of the Enjoined Parties, shall submit to the Court a written report, under oath, detailing their efforts to comply, and certifying their compliance, with this Order. This report shall include confirmation that Defendant surrendered and delivered up to Plaintiff all labels, signs, stationery, business cards, packages, receptacles, advertising, promotional materials or the like in the possession, custody, or control of Defendants that adopt or infringe Grunt Style's THIS WE'LL DEFEND mark.

8. This Court retains jurisdiction over this matter for the purpose of enabling any of the parties to apply to this Court at any time for further orders and directions as may be necessary or appropriate to carry out or construe this Order, to modify or terminate any of its provisions, to enforce compliance, and to punish violations of its provisions.

**DATED**: January 28, 2025

**ENTERED**:

LaShonda A. Hunt

LASHONDA A. HUNT
United States District Judge

**EXHIBIT A** **EXHIBIT 1**

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Grunt Style LLC

Plaintiff,

v.

Case No.: 1:18−cv−07695
Honorable LaShonda A. Hunt

TWD, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 22, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. For the reasons stated on the record and in Plaintiff's briefs, the Court rules as follows: (1) Plaintiff's motion [402] is granted in part as to compelling Defendant's compliance with the permanent injunction, denied in part without prejudice as to holding Defendant in contempt, and denied as to the fee request; and (2) Defendant's motion to modify, terminate or stay certain provisions of permanent injunction [407] is denied. As discussed, Defendant's affidavit of compliance with the permanent injunction is due by 10/29/26. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

**EXHIBIT B** **EXHIBIT 1**

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 28, 2026

*Before*

KENNETH F. RIPPLE, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 26-3201 | GRUNT STYLE LLC, an Illinois limited liability company,<br>Plaintiff - Appellee<br><br>v.<br><br>TWD, LLC, a California limited liability company,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:18-cv-07695<br>Northern District of Illinois, Eastern Division<br>District Judge LaShonda A. Hunt |

Upon consideration of the **EMERGENCY MOTION TO STAY CERTAIN PERMANENT INJUNCTION PROVISIONS**, filed on October 27, 2026, by counsel for the appellant,

**IT IS ORDERED** that the motion for a stay pending appeal is **DENIED**.

**EXHIBIT C** **EXHIBIT 1**