# ASSIGNMENT OF TRADEMARK REGISTRATION

ASSIGNOR: TWD, LLC, a California limited liability company
9434 Deschutes Rd Suite 204 Box 111
Palo Cedro, California 96073

ASSIGNEE: GRUNT STYLE LLC, an Illinois limited liability company
400 E Fullerton Ave
Carol Stream, IL 60188

REGISTRATION: THIS WE'LL DEFEND (Reg. No. 4880766; Ser. No. 86643151)

Whereas, the district court issued an Order of Permanent Injunction, filed January 28, 2025 attached as **Exhibit A** ("Permanent Injunction").

Whereas Grunt Style LLC filed a motion with the district court to compel compliance by TWD, LLC of the Permanent Injunction. Grunt Style LLC's reply brief requested, in part, that the district court "should order TWD to undertake the following actions within 24 hours: . . .4. Deliver via email to cdepreter@agdglaw.com a signed, notarized copy of the assignment of Registration No. 4880766." [ECF 409, at PDF 17].

Whereas, the district court held a telephonic hearing on October 22, 2026 where the district court ruled: "The registration needs to be assigned to Grunt Style." [Transcript, at 9:19-20] and issued a Minute Order attached as **Exhibit B** that states, in part: "Plaintiff's motion [402] is granted in part as to compelling Defendant's compliance with the permanent injunction," denying TWD LLC's motion to a "stay certain provisions" pending appeal, and ordering TWD LLC to comply with the Permanent Injunction by October 29, 2026.

Whereas, on October 23, 2026, TWD, LLC filed a Notice of Appeal of the district court's Minute Order [Ex. B] and later filed an emergency motion with the Seventh Circuit Court of

Appeal for a stay pending appeal of, *inter alia*, TWD, LLC's assignment of Registration No. 4880766, but the Seventh Circuit issued an order attached as **Exhibit C** that states: "IT IS ORDERED that the motion for a stay pending appeal is DENIED."

Whereas, TWD, LLC continues to reserve all rights in connection with its pending appeal to the Seventh Circuit.

ASSIGNMENT: In compliance with the district court's ruling, TWD, LLC hereby assigns Registration No. 4880766 to GRUNT STYLE LLC effective on the compliance date of October 29, 2026 set forth in the district court's Minute Order (**Exhibit B**).

Dated: October 29, 2026

Tim Bauer
Manager of TWD, LLC

JARVIS ESCOTT
Notary Public
Alabama State at Large
My Commission Expires Aug 30, 2028

JARVIS ESCOTT NOTARY PUBLIC ALABAMA STATE AT LARGE

# ALABAMA NOTARY ACKNOWLEDGMENT

State of Alabama
County of Jefferson

I, Jarvis Escott hereby certify that Tim Bauer whose name is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, they executed the same voluntarily on the day the same bears date.

Given under my hand this 29th of October, 2026

WITNESS my hand and official seal.

Notary Public Signature: [signature]
Print Name: Jarvis Escott
My Commission Expires:

(Seal)

JARVIS ESCOTT
Notary Public
Alabama State at Large
My Commission Expires Aug 30, 2028

JARVIS ESCOTT NOTARY PUBLIC ALABAMA STATE AT LARGE

eSign