UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Grunt Style LLC,<br>Plaintiff,<br><br>v.<br><br>TWD, LLC,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:18-cv-07695<br><br>District Judge: Hon. LaShonda A. Hunt |

**PLAINTIFF'S RENEWED OPPOSED MOTION TO HOLD TWD IN CONTEMPT AND COMPEL TWD'S COMPLIANCE WITH THE PERMANENT INJUNCTION**

NOW COME Plaintiff, Grunt Style, LLC, pursuant to Federal Rule of Civil Procedure 65(d) and this Court's inherent power for an order compelling TWD's immediate compliance with this Court's permanent injunction (Dkt. 321).

In support of its motion, Grunt Style states that TWD failed to comply with the Court's directives during the October 22, 2026 hearing. Rather than provide appropriate assignments, TWD served documents bloated with extraneous language and reservations, lacked recognition of consideration, identified the wrong entity and altogether sought to frustrate the assignment. Bauer's subsequent declaration revealed that his prior statements to Grunt Style and this Court respecting the Instagram handle were knowingly false. And his current statements inject substantial ambiguity respecting compliance along with making additional false representations about TWD's ownership of infringing advertising, labels, products, and the like.

WHEREFOR for the reasons set forth in the accompanying memorandum, Grunt Style requests that this Court hold TWD and Mr. Quinn in contempt, order unambiguous compliance with the injunction, order execution of proper assignments order fees for the post mandate conduct requiring Grunt Style to pursue compliance with the assistance of the Court, hold that Mr. Quinn vexatiously multiplied the proceeding and awarding Grunt Style attorneys' fees therefore, and enter an order in view of the totality of the circumstances that this is an exceptional case under the Lanham Act justifying an award of attorneys' fees.

Dated: November 5, 2026

Respectfully submitted,

**PLAINTIFF GRUNT STYLE LLC**

By: /s/ *Matthew De Preter*
Matthew De Preter
Aronberg Goldgehn Davis & Garmisa 225 West Washington Street – Suite 2800 Chicago, IL 60606
P: 312-755-3153
cdepreter@agdglaw.com

*Attorneys for Grunt Style LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 5, 2026 a true and correct copy of the foregoing was filed electronically with the Clerk of the Court through the Court's CM/ECF System, which will provide electronic notification of such filing to counsel of record.

/s/ Matthew De Preter

One of the Attorneys for Grunt Style LLC