# EXHIBIT B

## M. "Chip" De Preter

**From:** M. "Chip" De Preter
**Sent:** Friday, October 30, 2026 10:41 AM
**To:** Darren Quinn
**Subject:** RE: Grunt Style v. TWD
**Attachments:** Assignment Agreement- TWD to Grunt Style.pdf; Trademark Assignment - TWD to Grunt Style.pdf

Counsel,

The purported assignments that you provided are unacceptable. They each contain copious extraneous language that is irrelevant to the underlying assignment and overall fail to clearly and unequivocally assign the assets to Grunt Style. We are providing you with one final opportunity to comply with the terms of the injunction. Provide signed, notarized copies of the attached assignments to me by 5:00pm Central time on Monday. Should you fail to do so, we will seek the assistance of the Court.

Best Regards,

**M. "Chip" De Preter**
cdepreter@agdglaw.com

ARONBERG GOLDGEHN

Aronberg Goldgehn / 225 W. Washington St. / Suite 2800 / Chicago, IL 60606
Phone: (312) 755-3153 / Fax: (312) 828-9635 / www.agdglaw.com
**MY BIO** **MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

BEST PLACES TO WORK
CRAIN'S CHICAGO BUSINESS • 2026

Mansfield Rule
Certified 2024–2025

**ASSIGNMENT OF SETTLEMENT AGREEMENT**

WHEREAS, TWD, LLC, a limited liability company organized and existing under and by virtue of the laws of California, and having a business address of 9434 DESCHUTES RD UNIT 204 PALO CEDRO, CA 96073 (hereinafter "Assignor") is the current owner of U.S. Trademark Registration No. 4880766 (hereinafter the "Trademark") and a Settlement and Consent Agreement dated July 22, 2019 between TWD, LLC and the Department of the Army (the “Settlement Agreement”) affecting the rights and obligations of the owner of the Trademark;

WHEREAS, Grunt Style, LLC, a limited liability company organized and existing under and by virtue of the laws of Delaware, having an office and place of business at 900 Broadway, San Antonio, Texas 78215, (hereinafter "Assignee"), desires to acquire all of Assignor’s right, title and interest, in and to the Trademark together with all the goodwill of the business symbolized thereby, and Assignor agrees to assign all such right, title and interest in and to the Trademarks together with all the goodwill of the business symbolized thereby to Assignee;

WHEREAS, the Settlement Agreement is binding and inures to the benefit of each party’s assigns.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Assignor does hereby assign to Assignee all rights, title, and interest in and to the Settlement Agreement.

*[signature to follow]*

Signed: ___________________________ NOTARTY

Print Name: Tim Bauer________________

Title: ______________________________
9434 DESCHUTES RD
UNIT 204
PALO CEDRO, CA 96073
Executed: ________________

**ASSIGNMENT OF TRADEMARK**

WHEREAS, TWD, LLC, a limited liability company organized and existing under and by virtue of the laws of California, and having a business address of 9434 DESCHUTES RD UNIT 204 PALO CEDRO, CA 96073 (hereinafter "Assignor") is the current owner of U.S. Trademark Registration No. 4880766 (hereinafter the "Trademark");

WHEREAS, Grunt Style, LLC, a limited liability company organized and existing under and by virtue of the laws of Delaware, having an office and place of business at 900 Broadway, San Antonio, Texas 78215, (hereinafter "Assignee"), desires to acquire all of Assignor's right, title and interest, in and to the Trademark together with all the goodwill of the business symbolized thereby, and Assignor agrees to assign all such right, title and interest in and to the Trademarks together with all the goodwill of the business symbolized thereby to Assignee;

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Assignor does hereby assign to Assignee all rights, title, and interest in and to the Trademark together with the goodwill of the business in connection with which the mark is used and which is symbolized by the Trademark.

Signed: ____________________________

NOTARTY

Print Name: Tim Bauer

Title: ______________________________
9434 DESCHUTES RD
UNIT 204
PALO CEDRO, CA 96073
Executed: _________________