**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | | |
|---|---|---|
| GRUNT STYLE LLC, an Illinois limited liability company,<br><br>Plaintiff (Counterclaim-Plaintiff prior to realignment),<br><br>v.<br><br>TWD, LLC, a California limited liability company,<br><br>Defendant (Counterclaim-Defendant prior to realignment).<br><br>and related claims of TWD, LLC transferred from the United States District Court, Southern District of California. | ) | CASE NO. **1:18-cv-07695**<br><br>**NOTICE OF OPPOSED MOTION OF TWD, LLC TO APPEAR REMOTELY**<br><br>Judge: Hon. LaShonda A. Hunt<br><br>Courtroom: 1425 |

**PLEASE TAKE NOTICE** that on **Thursday, November 19, 2026, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, Counsel for TWD, LLC shall appear before the Honorable LaShonda A. Hunt, or any other judge sitting in her stead, in Courtroom 1425 of the United States District Court of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the **OPPOSED MOTION OF TWD, LLC TO APPEAR REMOTELY REGARDING: 1. PRESENTMENT OF PLAINTIFF'S RENEWED OPPOSED MOTION TO HOLD TWD IN CONTEMPT AND COMPEL TWD'S COMPLIANCE WITH THE PERMANENT INJUNCTION [ECF 424] 2. ANY FURTHER RELATED HEARINGS**, a copy of which is concurrently filed and served.

DATED: November 12, 2026

Respectfully submitted by,

Law Offices of Darren J. Quinn

/s/ Darren J. Quinn

Darren J. Quinn (*pro hac vice*)
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Telephone: 858-509-9401
E-mail: dq@dqlaw.com

Yanling Jiang, J.D. (Bar No. 6309336)
JiangIP LLC
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60606
Telephone: 312-283-8091
E-mail: yanling@jiangip.com

*Attorneys for TWD, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Darren J. Quinn