**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Grunt Style LLC
Plaintiff,
v.
TWD, LLC
Defendant.

Case No.: 1:18−cv−07695
Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 13, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's renewed opposed motion for contempt and to compel [424] does not include a meet and confer certification or propose an agreed briefing schedule as required and should therefore be summarily stricken. However, in the interest of judicial efficiency and economy, Plaintiff's motion is taken under advisement. Any response is due by 12/4/26. No reply is allowed unless otherwise ordered. Defendant's motion to appear remotely [428] is terminated as moot, and the motion hearings set for 11/19/26 [426], [429] are stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.